# United States District Court
## *Southern District of Georgia*

MAURICE M. O'NEAL,

    Petitioner,

           v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV316-066
                          CR311-006

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 11, 2017, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Respondent's motion to dismiss is GRANTED and the Petitioner's 2255 motion is DISMISSED.

Judgment is hereby ENTERED in favor of the Respondent and this civil action stands CLOSED.



April 11, 2017
_____
Date

Scott L. Poff
_____
Clerk

_____
(By) Deputy Clerk